GEOFFREY A. HANSEN
Acting Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant CHILTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-11-00835 CW |
| ) | |
| Plaintiff, ) | STIPULATED REQUEST TO CONTINUE |
| ) | HEARING DATE TO FEBRUARY 28, |
| v. ) | 2012 AND TO EXCLUDE TIME UNDER |
| ) | THE SPEEDY TRIAL ACT AND ORDER |
| ) | |
| KEVIN L. CHILTON, ) | |
| ) | Hearing Date: January 24, 2012 |
| ) | Time: 2:00 p.m. |
| Defendant. ) | |
| ) | |
| _____ ) | |

The above-captioned matter is set on January 24, 2012 before this Court for a motion setting hearing. The parties jointly request that the Court continue the matter to February 28, 2012, at 2:00 p.m., before this Honorable Court, and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, between January 24, 2012 and February 28, 2012, so that the defense can have more time to assess the discovery in this case and to collect prior conviction records.

On November 10, 2011, the Grand Jury charged Kevin Chilton with being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g). On December 16, 2011, Mr. Chilton appeared before the magistrate court and was arraigned on the Indictment. Five days later, on December 21, 2011, the magistrate court detained Mr. Chilton. Mr. Chilton faces a maximum

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-11-0835 CW

sentence of ten years imprisonment on this charge.

The upcoming status hearing would be the first district court appearance in this case. The defense requests that the Court continue this date because counsel for Mr. Chilton has requested additional discovery from the government concerning an allegation that the gun he allegedly possessed was stolen. The defense also needs additional time to review the discovery that the government has produced to determine if there are any motions to be filed. Finally, the defense needs time to collect records and to research and assess the Guidelines and Mr. Chilton's criminal history category. For these reasons, the defense requests additional time to prepare, and the parties agree that it is appropriate to continue this case until February 28, 2012.

The parties stipulate and agree that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. The parties further agree that the failure to grant this continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the parties agree that the period of time from January 24, 2012 until February 28, 2012, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of defense counsel, taking into account the exercise of due diligence.

DATED: January 20, 2012 /S/
BRIGID MARTIN
Assistant United States Attorney

DATED: January 20, 2012 /S/
ANGELA M. HANSEN
Assistant Federal Public Defender

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that the defense needs additional time to review the discovery in this case and to assess this case for motions;

2. Given that the defense has requested additional discovery from the government regarding the allegation that the gun he allegedly possessed was stolen;

3. Given that the defense needs additional time to collect records and to research and assess the Guidelines and Mr. Chilton's criminal history category;

4. Given that these above-listed tasks are necessary to the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

5. Given that the ends of justice served by this continuance outweigh the best interest of the public and defendant in a speedy trial;

Based on these findings, IT IS HEREBY ORDERED that the motion hearing date of January 24, 2012, scheduled at 2:00 p.m., is vacated and reset for February 28, 2012, at 2:00 p.m. for motion or trial setting. It is FURTHER ORDERED that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), from January 24, 2012 until February 28, 2012.

DATED: 1/23/2012

CLAUDIA WILKEN
United States District Judge